IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| SHAUN TREMAIN MATTHEWS, #1163496 § | |
| § | |
| v.                                                                    § | CIVIL ACTION NO. G-06-326 |
| § | |
| § | |
| NATHANIEL QUARTERMAN,                    § | |
| DIRECTOR OF TDCJ-CID                          § | |

## ORDER

Before the Court is the Report and Recommendation of the United States Magistrate Judge that was entered on October 17, 2006. Petitioner filed no objections.

Having given this matter *de novo* review under 28 U.S.C. § 636(b)(1)(C), this Court finds that the Report and Recommendation is correct and it is, therefore, **ACCEPTED** by this Court in its entirety and incorporated by reference herein.

Accordingly, it is **ORDERED** that Petitioner's "Motion for Discovery" and his "Motion for an Evidentiary Hearing," both of which are contained within his Writ (Instrument No. 1) are **DENIED**. It is further **ORDERED** that the Respondent's Motion for Summary Judgment (Instrument No. 10) is **GRANTED** and the Petition for a Writ of Habeas Corpus of Shaun Tremain Matthews (Instrument No. 1) is **DISMISSED** as time-barred.

**DONE** at Galveston, Texas this 27th day of November, 2006.

_____
Samuel B. Kent
United States District Judge